Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletree.com
Erica J. Chee
Nevada Bar No. 12238
erica.chee@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Sitel Operating Corporation*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRIA PORTER, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>SITEL OPERATING CORPORATION, a Foreign Corporation; DOES 1 through 10, and ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01850-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>(*First Request*) |

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, Defendant Sitel Operating Company ("Defendant") and Plaintiff Bria Porter ("Plaintiff") hereby request a one-week extension of time, up to and including, March 18, 2020 for Defendant to file its response to Plaintiff's First Amended Complaint (ECF No. 6). The present deadline for Defendant to file its response is March 11, 2020. This is the parties' first request for an extension of time for Defendant to file its response.

This Stipulation is made in good faith and is not intended for purposes of delay. The parties are exploring whether and to what extent they are agreeable to stipulating to arbitrate this matter. If

not, Defendant would like the additional time to prepare a response to the First Amended Complaint and/or file a Motion to Compel Arbitration.

As a result, good cause exists to extend the response deadline. Therefore, the parties respectfully request a one-week extension of time up to and including March 18, 2020 for Defendant to file its response to Plaintiff's First Amended Complaint.

DATED this 5 day of March, 2020.   DATED this 5 day of March, 2020.

HURTIK LAW & ASSOCIATES             OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ [signature]                     /s/ [signature]

Carrie E. Hurtik                    Suzanne L. Martin
Nevada Bar No. 7028                 Nevada Bar No. 8833
Linda L. Lay                        Erica J. Chee
Nevada Bar No. 12990                Nevada Bar No. 12238
Johnathon J. Toston                 Wells Fargo Tower
Nevada Bar No. 15345                Suite 1500
6767 W. Tropicana, Ste. 200         3800 Howard Hughes Parkway
Las Vegas, NV 89103                 Las Vegas, NV 89169
*Attorneys for Plaintiff Bria Porter*   *Attorneys for Defendants Sitel Operating Corporation*

**ORDER**

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

March 11, 2020
_____
DATED

42066830.1

2